UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOUNG WOMENS CHRISTIAN ASSOCIATION OF SEATTLE-KING COUNTY-SNOHOMISH COUNTY,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>BNY MELLON NA,<br>　　　　　Defendant. | CASE NO. 2:24-cv-00171-JHC<br><br>ORDER |

　　　　Before the Court is the parties' stipulated motion for protective order.  Dkt. # 10.  The local rules provide that "[p]arties that wish to depart from [this district's] model [protective] order must provide the court with a redlined version identifying departures from the model." LCR 26(c)(2).  Here, the proposed stipulated protective order departs from the district's model order, but the parties have not provided a redlined version.  *See generally* Dkt. # 10. Accordingly, the Court ORDERS the parties to file immediately a redlined version of their stipulated protective order that identifies any departures from the district's model protective order.

　　　　/

　　　　/

ORDER - 1

1 | Dated this 17th day of June, 2024.

John H. Chun
United States District Judge

ORDER - 2