UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF SEATTLE-KING COUNTY-SNOHOMISH COUNTY, a Washington nonprofit corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BNY MELLON, N.A., a nationally chartered bank,<br><br>　　　　　　　　　　　　Defendant. | No. 2:24-cv-00171-JHC<br><br>JOINT STIPULATION AND ORDER CONTINUING TRIAL DATE AND MODIFYING CASE SCHEDULE<br><br>Noted for Hearing:  September 17, 2024<br><br>**CLERK'S ACTION REQUIRED** |

### STIPULATION

By their counsel, this stipulation is entered into between plaintiff Young Women's Christian Association of Seattle-King County-Snohomish County and defendant BNY Mellon, N.A., collectively, the "Parties".

WHEREAS, the Parties request to continue the existing trial date and modify certain dates in the Case Schedule in order to allow the parties time to complete discovery.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, through their undersigned counsel, subject to the approval of the Court, that the Trial Date and the following Case Schedule deadlines should be modified as follows:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony | September 3, 2024 | November 4, 2024 |
| All motions related to discovery must be filed by | October 2, 2024 | December 6, 2024 |
| Discovery completed by | November 1, 2024 | January 10, 2025 |
| All dispositive motions and motions challenging expert witness testimony filed by | December 2, 2024 | February 7, 2025 |
| Settlement conference held no later than | January 30, 2025 | March 28, 2025 |
| All motions in limine filed by | February 18, 2025 | April 18, 2025 |
| Agreed pretrial order | March 10, 2025 | May 12, 2025 |
| Deposition Designations | March 12, 2025 | May 14, 2025 |
| Pretrial conference to be held at 1:30 p.m. on | March 17, 2025 | May 19, 2025 |
| Trial briefs, proposed voir dire, jury instruction by | March 24, 2025 | May 19, 2025 |
| Trial | March 31, 2025 | May 27, 2025 |

**ORDER**

The Court CONTINUES trial in this matter to May 27, 2025. The Court DIRECTS the Clerk to issue a new case scheduling order that reflects the Court's standard pretrial schedule.

DATED this 17th day of September, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE