UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF SEATTLE-KING COUNTY-SNOHOMISH COUNTY, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BNY MELLON, N.A., a nationally chartered bank,<br><br>Defendant. | No. 2:24-cv-00171-JHC<br><br>**JOINT STIPULATION AND ORDER CONTINUING TRIAL DATE AND MODIFYING CASE SCHEDULE**<br><br>**CLERK'S ACTION REQUIRED** |

**STIPULATION**

By their counsel, this stipulation is entered into between plaintiff Young Women's Christian Association of Seattle-King County-Snohomish County and defendant BNY Mellon, N.A., collectively, the "Parties".

WHEREAS, on September 17, 2024, the Court granted the Parties' stipulated request to extend the case schedule by approximately two months to allow additional time for the completion of discovery;

WHEREAS, the Parties have diligently engaged in discovery since that time but need additional time to complete depositions and expert disclosures;

WHEREAS, the Parties anticipate fully dispositive motions will be filed following the

JOINT STIPULATION AND ORDER
RE CASE SCHEDULE - 1
CASE NO. 2:24-CV-00171-JHC

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

close of discovery;

WHEREAS, the Parties believe one further continuance of the trial date and case schedule will allow the Parties to complete discovery and provide time for the Court's consideration of anticipated dispositive motions before the trial date;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, through their undersigned counsel, subject to the approval of the Court, that the Trial Date and the following Case Schedule deadlines should be modified as follows.

| Event | Former Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony | November 4, 2024 | January 13, 2025 |
| All motions related to discovery must be filed by | December 6, 2024 | February 14, 2025 |
| Discovery completed by | January 10, 2025 | March 21, 2025 |
| All dispositive motions and motions challenging expert witness testimony filed by | February 7, 2025 | April 18, 2025 |
| Settlement conference held no later than | March 28, 2025 | August 8, 2025 |
| All motions in limine filed by | April 18, 2025 | August 29, 2025 |
| Agreed pretrial order | May 12, 2025 | September 22, 2025 |
| Deposition Designations | May 14, 2025 | September 24, 2025 |
| Pretrial conference to be held at 1:30 p.m. on | May 19, 2025 | September 29, 2025 |
| Trial brief, proposed voir dire, jury instruction by | May 19, 2025 | September 29, 2025 |
| Trial | May 27, 2025 | October 7, 2025 |

## ORDER

Given the Court's current trial calendar, the Court sets trial in this matter for October 14, 2025. The Court DIRECTS the Clerk to issue a new case scheduling order that is consistent with the Court's standard pretrial schedule.

///

JOINT STIPULATION AND ORDER
RE CASE SCHEDULE - 2
CASE NO. 2:24-CV-00171-JHC

1  ///

2

3    DATED this 4th day of November, 2024.

4

5    _____
     JOHN H. CHUN
     UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
RE CASE SCHEDULE - 3
CASE NO. 2:24-CV-00171-JHC