UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF SEATTLE-KING COUNTY-SNOHOMISH COUNTY, a Washington nonprofit corporation,<br><br>       Plaintiff,<br><br> v.<br><br>BNY MELLON, N.A., a nationally chartered bank,<br><br>       Defendant. | No. 2:24-cv-00171-JHC<br><br>JOINT STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

  IT IS HEREBY STIPULATED by Plaintiff Young Women's Christian Association of Seattle-King County-Snohomish County and Defendant BNY Mellon, N.A., by and through their respective undersigned attorneys of record, that this case should be dismissed with prejudice and without fees or costs awarded to any party.

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:24-cv-00171-JHC) - 1

RESPECTFULLY SUBMITTED this 22nd day of January, 2025.

| KELLER ROHRBACK L.L.P. | DLA PIPER LLP (US) |
|---|---|
| *s/ Eric R. Laliberte* | *s/ Anthony Todaro* |
| Eric R. Laliberte, WSBA #44840<br>Beth M. Strosky, WSBA #31036<br>Mirén C. First, WSBA #26202<br>Holly E. Lynch, WSBA #37281<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101-3268<br>(206) 623-1900<br>elaliberte@kellerrohrback.com<br>bstrosky@kellerrohrback.com<br>mfirst@kellerrohrback.com<br>hlynch@kellerrohrback.com<br>*Attorneys for Plaintiff YWCA* | Anthony Todaro, WSBA #30391<br>Lianna Bash, WSBA #52598<br>701 Fifth Avenue, Suite 6900<br>Seattle WA 98104<br>(206) 839-4800<br>anthony.todaro@us.dlapiper.com<br>lianna.bash@us.dlapiper.com<br>*Attorneys for Defendant BNY Mellon, N.A.* |

## ORDER OF DISMISSAL

Based upon the foregoing stipulation, **IT IS HEREBY ORDERED** that all claims in the above-entitled action are hereby dismissed with prejudice and without costs to any party.

DONE this 22nd day of January, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE